No. 641. John F. Montgomery, Managing Owner, etc., et al., Petitioners, *v.* C. W. Chatfield, Master, etc. January 4, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Edward E. Blodgett, Mr. R. G. Bickford* and *Mr. Frederick W. Eaton* for petitioners. *Mr. Robert M. Hughes* and *Mr. James D. Dewell, Jr.,* for respondent.

No. 650. Delaware Seamless Tube Company et al., Petitioners, *v.* Shelby Steel Tube Company. January 4, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles K. Offield* for petitioners. *Mr. Thomas W. Bakewell* and *Mr. L. S. Bacon* for respondent.

No. 657. Burn Line, Ltd., Petitioner, *v.* The United States and Australasia Steamship Company. January 4, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. I. Parker Kirlin* for petitioner. *Mr. Harrington Putnam* for respondent.